```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 00476
   BRIAN G VEDDER
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

              Debtor
   SSN XXX-XX-7695


---------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/06/04 and confirmed on 03/26/04.

     2.  The case was dismissed after confirmation, 07/13/2007.

     3.  The Debtor paid a total of $  80304.00 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
CITIMORTGAGE                 CURRENT MORTG    52145.96          .00          52145.96
CITIMORTGAGE                 MORTGAGE ARRE    11519.65          .00           7913.76
GMAC/HOMECOMINGS             SECURED          10285.64          .00          10285.64
GMAC/HOMECOMINGS             MORTGAGE ARRE     1282.60          .00            863.89
NATIONAL CAPITAL MGMT LL     SECURED           5219.00        1014.67         3149.22
NATIONAL CAPITAL MGMT LL     UNSECURED           97.71          .00              .00
       Summary of disbursements:
---------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   80452.85        .00         97.71         .00          80550.56
PRINCIPAL PAID       74358.47        .00          .00          .00          74358.47
INTEREST PAID         1014.67        .00          .00          .00           1014.67
TOTAL PAID           75373.14        .00          .00          .00          75373.14
The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $   2700.00
and was paid $    2326.00  direct and $     374.00  through the plan.

The Trustee received $    3556.86 .

Refunds to the Debtor totaled $    1000.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 10/15/07                   /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
     CASE NO. 04 B 00476 BRIAN G VEDDER
```